IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:21-CV-00130-GCM

| ROY JONES, | |
|---|---|
| **Plaintiff,** | |
| v. | **ORDER** |
| COMMISSIONER OF SOCIAL SECURITY, | |
| **Defendant.** | |

**THIS MATTER** comes before the Court on the Acting Commissioner of Social Security's Motion to Remand (ECF No. 16). The Acting Commissioner moves for an Order reversing her final decision and remanding the case back to the agency for further administrative proceedings. Plaintiff does not object.

**IT IS THEREFORE ORDERED** that the Motion to Remand (ECF No. 16) is **GRANTED**. The decision of the Commissioner is **REVERSED**, and this matter is hereby **REMANDED** to the Commissioner for further proceedings, pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**SO ORDERED**.

Signed: July 11, 2022

Graham C. Mullen
United States District Judge